UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASZIAH SMITH,

        Plaintiff,

    v.

CITY OF SAN JOSE,

        Defendant.

Case No.  26-cv-01632-SVK

**ORDER FOLLOWING JULY 7, 2026 INITIAL CASE MANAGEMENT CONFERENCE**

The Court held an Initial Case Management Conference on July 7, 2026.  As discussed at the CMC, the Court **ORDERS** as follows:

1. Defendant's discovery responses and initial disclosures are due by **July 24, 2026.**

2. Within **14 days** of Plaintiff's receipt of Defendant's discovery responses and initial disclosures, the Parties must meet and confer on a case schedule and file a proposed schedule with the Court.  They may either stipulate to proceed on the same schedule as *Wiles Nagle IV v. City of San Jose*, Case No. 5:25-cv-05523-SVK, or propose a reasonable schedule in this case that comports with the Court's guidelines discussed at the conference.

**SO ORDERED.**

Dated: July 7, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California