United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASZIAH SMITH,
Plaintiff,
v.
CITY OF SAN JOSE, et al.,
Defendants.

Case No. 5:26-cv-01632-SVK

**ORDER RE CASE SCHEDULE**

Re: Dkt. No. 26

The Court is in receipt of the Parties' proposed modified case schedule, in coordination with companion action *Wiles Nagle v. City of San Jose*, case no. 5:25-cv-05523-SvK. While the Parties have made suitable adjustments to allow adequate time for the Parties to conduct discovery and prepare dispositive motions, they have not allowed sufficient time between filing of dispositive motions and trial. Accordingly, the Court adopts the Parties' proposed schedule, in part, with the following modifications:

| **Event** | **Proposed Date** |
| --- | --- |
| Close of Fact Discovery | February 1, 2027 |
| Designation of Experts | February 22, 2027 |
| Rebuttal Reports | March 23, 2027 |
| Close of Expert Discovery | May 3, 2027 |
| Dispositive Motion Due Date | May 14, 2027 |
| Dispositive Motion Hearing Date | June 29, 2027 |

///

///

United States District Court
Northern District of California

| | |
|---|---|
| Pretrial Conference | September 9, 2027 at 9:30 a.m. |
| | Joint Pretrial Statement: August 19, 2027;<br>Responsive filings: August 26, 2027 |
| Jury Trial | September 20, 2027 at 8:30 a.m. |

**SO ORDERED.**

Dated: October 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge