**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
www.LawyersFTP.com
APointer@LawyersFTP.com
PBuelna@LawyersFTP.com
LGray@LawyersFTP.com
MMonroe@LawyersFTP.com

Attorneys for Plaintiff
ASZIAH SMITH



**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASZIAH SMITH, an individual;<br><br>Plaintiff,<br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 5:26-cv-01632-SVK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND MODIFYING CASE SCHEDULE**<br>AS MODIFIED BY THE COURT |

Plaintiff ASZIAH SMITH and Defendant CITY OF SAN JOSE, by and through their respective counsel, hereby stipulate and respectfully request as follows:

WHEREAS, Plaintiff filed his Complaint on February 25, 2026 (ECF No. 1);

WHEREAS, Defendant City of San Jose answered the Complaint on April 3, 2026 (ECF No. 9);

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

WHEREAS, the Court was reassigned on or about April 28, 2026, and all hearings at the time were vacated (ECF No. 16);

WHEREAS, Defendant served initial disclosures on or about May 26, 2026 and Plaintiff served initial disclosures on or about May 27, 2026;

WHEREAS, Defendant served discovery responses to Plaintiff's Requests for Production of Documents on or about July 27, 2026;

WHEREAS, after reviewing Defendant's disclosures and discovery responses, Plaintiff identified San Jose Police Officers Michael Jaycox and Jose Alvarez as officers whose conduct gives rise to Plaintiff's claims and requested that Defendant stipulate to Plaintiff filing a First Amended Complaint naming Officers Jaycox and Alvarez as defendants;

WHEREAS, Plaintiff provided Defendant with a redlined copy of the proposed First Amended Complaint, which names Officers Jaycox and Alvarez as defendants and incorporates additional factual allegations based on information obtained through discovery;

WHEREAS, the parties met and conferred regarding the proposed amendment, and Defendant City of San Jose has agreed to stipulate to Plaintiff being granted leave to file the proposed First Amended Complaint;

WHEREAS, on October 14, 2026, the Court entered its Order Regarding Case Schedule (ECF No. 28), establishing deadlines for fact discovery, expert disclosures, expert discovery, dispositive motions, pretrial proceedings, and trial;

WHEREAS, the proposed First Amended Complaint adds Officers Jaycox and Alvarez as individual defendants, whose participation in the litigation may require additional discovery concerning their involvement in the underlying incident and an opportunity to participate meaningfully in the litigation;

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

WHEREAS, Defendant's newly participating counsel has advised that he anticipates serving additional discovery on Plaintiff and has requested additional time to complete that discovery;

WHEREAS, the parties have met and conferred regarding the scheduling implications of the proposed amendment and agree that a limited extension of the fact discovery cutoff and expert designation deadline will provide additional time to conduct discovery without unnecessarily delaying the proceedings;

WHEREAS, the parties have therefore agreed to extend the fact discovery cutoff by thirty (30) days, from February 1, 2027, to March 3, 2027, and to extend the expert designation deadline from February 22, 2027, to March 10, 2027;

WHEREAS, counsel in the related action, *Wiles Nagle IV v. City of San Jose*, Case No. 5:25-cv-05523-SVK, have also agreed to corresponding scheduling modifications to maintain coordination between the two actions arising from the same incident;

WHEREAS, the parties agree that good cause exists under Federal Rule of Civil Procedure 16(b)(4) for these limited modifications because the proposed amendment adds individual defendants, additional discovery is anticipated, and the requested extensions will accommodate that discovery while preserving the remaining case schedule;

WHEREAS, the parties further agree that all other deadlines established by the Court's October 14, 2026 Order (ECF No. 28), including rebuttal reports, the close of expert discovery, dispositive motions, pretrial proceedings, and trial, shall remain unchanged;

WHEREAS, the parties agree that Defendant City of San Jose shall have thirty (30) days from the filing of the First Amended Complaint to respond, and newly added Defendants Michael Jaycox and Jose Alvarez shall each have thirty (30) days from service of the First Amended Complaint to respond;

WHEREAS, a redlined copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to approval by the Court, that:

1. Plaintiff shall be granted leave to file the proposed First Amended Complaint attached hereto as Exhibit A.
2. Defendant City of San Jose shall have thirty (30) days from the filing of the First Amended Complaint to file its response.
3. Newly added Defendants Michael Jaycox and Jose Alvarez shall each have thirty (30) days from service of the First Amended Complaint to file their respective responses.
4. The fact discovery cutoff established by the Court's October 14, 2026 Order (ECF No. 28) shall be extended from February 1, 2027, to March 3, 2027.
5. The expert designation deadline established by ECF No. 28 shall be extended from February 22, 2027, to March 10, 2027.
6. All other deadlines established by ECF No. 28 shall remain unchanged, including:
    - Rebuttal Reports: March 23, 2027;
    - Close of Expert Discovery: May 3, 2027;
    - Dispositive Motion Due Date: May 14, 2027;
    - Dispositive Motion Hearing: June 29, 2027;
    - Joint Pretrial Statement: August 19, 2027;
    - Responsive Pretrial Filings: August 26, 2027;
    - Pretrial Conference: September 9, 2027, at 9:30 a.m.; and
    - Jury Trial: September 20, 2027, at 8:30 a.m.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

The parties respectfully request that the Court approve this stipulation and enter the proposed order below.

IT IS SO STIPULATED.

Dated: October 30, 2026

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: */s/ Marlon L. Monroe*
MARLON L. MONROE
Attorneys for Plaintiff
ASZIAH SMITH

Dated: November 2, 2026

By: */s/ David J. Stock*
DAVID J. STOCK
San Jose City Attorney's Office
Attorney for Defendant
CITY OF SAN JOSE

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiff is granted leave to file the proposed First Amended Complaint. The Court's October 14, 2026 scheduling order (ECF No. 28) is modified to extend the fact discovery cutoff to March 3, 2027, and the expert designation deadline to March 10, 2027. All other deadlines established by ECF No. 28 remain unchanged. Newly added Defendants Michael Jaycox and Jose Alvarez shall each have thirty (30) days from service of the First Amended Complaint to file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.

**DATE:** November 3, 2026

Susan van Keulen

**HONORABLE SUSAN VAN KEULEN**
**MAGISTRATE JUDGE FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**



POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607